**Order entered January 14, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00092-CR

### SYED SARTAJ NAWAZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-81120-2017

## ORDER

On September 13, 2019, we ordered court reporter Sheri Vecera to file a supplemental reporter's record of the September 30, 2016 hearing on the pre-indictment application for writ of habeas corpus seeking a bond reduction. This case has been set for submission on February 25, 2020; however, Ms. Vecera has not yet filed the supplemental reporter's record.

We **ORDER** Ms. Vecera to file a supplemental reporter's record of the September 30, 2016 hearing on the pre-indictment application for writ of habeas corpus seeking a bond reduction within **TEN DAYS** of the date of this order. Should Ms. Vecera fail to do so, the Court will order she not sit until the supplemental reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Sheri Vecera, official court reporter, 199th Judicial District Court; and counsel for all parties.

/s/     LANA MYERS
PRESIDING JUSTICE